DAVEGA-CITY RADIO, INC., Plaintiff, *v.* CARL RANDAU, President, or " JOHN DOE," Treasurer, of the New York Newspaper Guild, an Unincorporated Association, etc., Defendant.

Supreme Court, Special Term, Kings County, October 19, 1937.

*Conroy & Hardy* [*Reginald S. Hardy* of counsel], for the plaintiff.

*Protter & Bagley* [*Julius E. Bagley* of counsel], for the defendants.

FABER, J.  Injunction *pendente lite* denied.  A secondary boycott, as is here presented, prosecuted by pickets carrying signs denouncing plaintiff as an advertiser in the *Brooklyn Daily Eagle*, the employees of which are on strike, is within the very broad definition of the term " labor dispute " made in section 876-a of the Civil Practice Act, particularly subdivision 10, paragraph (c), which extends to "any   *   *   *   controversy arising out of the respective interests of employer and employee regardless of whether or not the disputants stand in the relation of employer and employee." (*Manhattan Steam Bakery, Inc.,* v. *Schindler,* 250 App. Div. 467.) That being so, it follows that the jurisdictional requirements of section 876-a (*supra*) must be applied; and since such are not supplied by the complaint the court is under the express prohibition of subdivision 1 of said section of issuing any injunction.